# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2017

154046

MAYFIELD TOWNSHIP,
       Plaintiff-Appellee,

v

DETROIT EDISON COMPANY,
       Defendant-Appellant.

_____/

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 154046
COA: 323774
Lapeer CC: 12-045398-CZ

On order of the Court, the application for leave to appeal the May 24, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2017

t0117

Clerk